THOMAS P. PLUNKETT, APPELLANT, v. BOARD OF PENSION COMMISSIONERS OF THE CITY OF HOBOKEN, NEW JERSEY, RESPONDENT.

Submitted October 26, 1934—Decided January 10, 1935.

For the appellant, *Lum, Tamblyn & Fairlie* (*Charles E. McCraith, Jr.*)

For the respondent, *Horace L. Allen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   12.

*For reversal*—None.